# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130444(122)

EDWARD MOSZYK,
       Plaintiff-Appellee,

v

CITY OF BAY CITY, ROB ANDERSON,
and JAMES PALENICK,
       Defendants-Appellants.

SC: 130444
COA: 252273
Bay CC: 01-003936-CZ

_____/

      On order of the Court, the motion for reconsideration of this Court's order of May 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                _____

d0821                               Clerk